UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE AH 16,<br><br>   Plaintiff,<br><br>v.<br><br>DOE 1 et al.,<br><br>   Defendants. | Case No. 2:25-cv-01681-SB-DFM<br><br>ORDER TO SHOW CAUSE RE SANCTIONS |

   After determining that the notice of removal indicated a lack of complete diversity, the Court ordered Plaintiff to meet and confer with Defendants and either dismiss his claims against the non-diverse defendants or file a motion to remand by March 14, 2025. Dkt. No. 12. That deadline has passed without any response.

   Plaintiff is ordered to show cause, in writing, no later than March 18, 2025, why he should not be sanctioned, under Federal Rule of Civil Procedure 16(f) and the Court's inherent authority, for violating the Court's order. Failure to timely respond to the OSC may result in monetary and other sanctions, including dismissal of this action.

Date: March 17, 2025

_____
Stanley Blumenfeld, Jr.
United States District Judge