UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE AH 16, <br><br> Plaintiff, <br><br> v. <br><br> DOE 1 et al., <br><br> Defendants. | Case No. 2:25-cv-01681-SB-DFM <br><br> ORDER OF DISMISSAL[1] |

On April 17, 2025, the parties filed a stipulation stating that they have reached a settlement in principle and requesting that this action be stayed while they finalize its terms. In light of this resolution, however, the Court sees no reason why this action should not instead be dismissed without prejudice to either party moving to reopen should further Court intervention become necessary.

This action is therefore dismissed in its entirety without prejudice. Until July 28, 2025, the Court retains jurisdiction to vacate this order and to reopen the action nunc pro tunc on motion of any party. By operation of this order and without further court action, the dismissal in this case will convert to a dismissal with prejudice on July 29, 2025, absent a timely motion to vacate and reopen. If the case is reopened, the parties should be prepared for a pretrial and trial schedule that extends the deadlines in the case management order by the amount of time the case has been dismissed (i.e., the date of this order to the date of the reopening).

---

[1] This order is not intended to prejudice the rights of any party; rather, it is being used as a procedural device to allow the parties to finalize their settlement and minimize the costs of this litigation. Any objection to this order must be filed by April 23, 2025. If any party files an objection, it will be heard—and the parties, by this order, shall be required to appear—at 8:30 a.m. on April 25, 2025 in Courtroom 6C.

     The Court expects the parties to finalize their settlement or else move to reopen the case for prosecution before July 29, 2025, as ordered above. *Should the parties file any document that contains a request to extend the deadline for purposes of completing the settlement, counsel for both parties shall submit **no later than July 21, 2025,** a declaration with a detailed timeline of all the efforts made to complete the settlement, and the parties shall be prepared to appear in court with a client representative to explain why the settlement could not be completed in the time allowed.*

Date: April 18, 2025

                                                Stanley Blumenfeld, Jr.
                                              United States District Judge