Lauren A. Welling, State Bar No. 291813
Sarah Kissel Meier, State Bar No. 305315
Michael W. Carney, State Bar No. 241564
**SLATER SLATER SCHULMAN LLP**
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Telephone: (310) 341-2086
Fax: (310) 773-5573
E-mail:lwelling@sssfirm.com
        skmeier@sssfirm.com
        mcarney@sssfirm.com

*Attorneys for Plaintiff John Roe AH 16*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE AH 16,<br><br>                    Plaintiff,<br><br>            vs.<br><br>DOE 1, A CORPORATION; DOE 2, A CORPORATION; DOE 3, AN ENTITY OF UNKNOWN FORM; DOE 4, A CORPORATION SOLE; and DOES 5 to 100,<br><br>Inclusive,<br>                    Defendants. | Case No. 2:25-cv-01681-SB-DFM<br><br>Judge: Stanley Blumenfeld, Jr.<br>Magistrate Judge: Douglas F. McCormick<br><br>**JOINT REQUEST TO EXTEND DEADLINE FOR PURPOSES OF FINALIZING SETTLEMENT** |

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 ‖ Fax: (310) 773-5573

SLATER SLATER SCHULMAN LLP
8383 Wilshire Blvd., Ste. 255
Beverly Hills, CA 90211
Tel.: (310) 341-2086 || Fax: (310) 773-5573

1    Plaintiff John Roe AH 16 and Defendants Doe 1 and Doe 2 submit the following Joint

2    Report Regarding Settlement Proceedings pursuant to the Court's April 18, 2025, Order. Dkt. No.

3    31.

4    On April 10, 2025, the parties attended a private mediation with Tagore Subramaniam of

5    Momentum ADR.  The parties reached a settlement in principle.

6    On June 5, 2025, Plaintiff John Roe AH 16 signed a Settlement Agreement with

7    Defendants Doe 1 and Doe 2.

8    On July 08, 2025, Defendants notified Plaintiff's Counsel there was an administrative issue

9    with the signed settlement agreement. The Parties are working jointly to resolve this issue.

10    Upon successful resolution and complete of the agreement, the Parties intend to submit a

11    Joint Stipulation for Dismissal pursuant to Federal Rules of Civil Procedure 41(a) no later than

12    September 19, 2025.

13

14    Dated:  July 21, 2025                    SLATER SLATER SCHULMAN LLP

15                                             By: */s/ Lauren Welling*

16                                             Michael W. Carney
                                               Lauren A. Welling
17                                             Sarah Kissel Meier
18                                             Attorneys for Plaintiff John Roe AH 16

19    Dated:  July 21, 2025                    LARSON LPP

20

21                                             By: */s/ Rick Richmond*

22                                             Rick Richmond
                                               Andrew E. Calderón
23                                             Attorneys for Defendants DOE 1 and DOE 2

24

25

26

27

28

1

JOINT CASE MANAGEMENT STATEMENT

**PROOF OF SERVICE**

*JOHN ROE AH 16 VS DOE 1, ET AL.*
2:25-cv-01681-SB-DFM

**IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is business address is 8383 Wilshire Blvd., Suite 255, Beverly Hills, CA 90211.

On July 21, 2025 I served true copies of the following document(s) described as **JOINT STATUS REPORT REGARDING SETTLEMENT PROCEEDINGS** on the interested parties in this action as follows:

Rick Richmond (SBN 194962)
rrichmond@larsonllp.com
Andrew E. Calderón (SBN 316673)
acalderon@larsonllp.com
LARSON LLP
555 South Flower Street, 30th Floor
Los Angeles, CA 90071
Telephone: (213) 436-4888

Attorneys for Defendants The Church of Jesus Christ of Latter-day Saints,
Temple Corporation of The Church of Jesus Christ of Latter-day Saints

**[X] THROUGH CM/ECF ELECTRONIC CASE FILING SYSTEM**

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 21, 2025 at Los Angeles, California.

/s/ Dayana Muir
Dayana Muir
*Paralegal*

1

**PROOF OF SERVICE**