JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ROE AH 16,<br><br>Plaintiff,<br><br>v.<br><br>DOE 1, A CORPORATION; DOE 2, A CORPORATION; DOE 3, A CORPORATION SOLE; DOE 4, A CORPORATION, and DOES 5 to 100, Inclusive<br><br>Defendants. | Case No. 2:25-cv-01681-SB-DFM<br><br>**ORDER OF DISMISSAL**<br><br>Judge Stanley Blumenfeld, Jr.<br>Magistrate Judge Douglas F. McCormick |

## ORDER OF DIMISSAL

    Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS HEREBY ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and all parties, with each party bearing its own attorney's fees and costs. The Clerk is directed to close the file.

Dated: September 23, 2025

_____
HON. STANLEY BLUMENFELD, JR
UNITED STATES DISTRICT JUDGE